JOHNSON & PHAM, LLP
Christopher D. Johnson, SBN: 222698
    E-mail: cjohnson@johnsonpham.com
Christopher Q. Pham, SBN: 206697
    E-mail: cpham@johnsonpham.com
Hung Q. Pham, SBN: 276613
    Email: ppham@johnsonpham.com
6355 Topanga Canyon Boulevard, Suite 326
Woodland Hills, California 91367
Telephone: (818) 888-7540
Facsimile: (818) 888-7544

Attorneys for Plaintiff
SPECULATIVE PRODUCT DESIGN, LLC

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a California Limited Liability Company d/b/a SPECK PRODUCTS,<br><br>    Plaintiff,<br><br>v.<br><br>F & S VENTURES, INC., a New Jersey Corporation d/b/a STREET TALK; IPOD PLACE, a Business Entity of Unknown Status; and DOES 1-10, Inclusive,<br><br>    Defendants. | Case No.: CV14-02214 CW<br><br>**REQUEST TO WITHDRAW COUNSEL** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

Plaintiff SPECULATIVE PRODUCT DESIGN, LLC, a California Limited Liability Company d/b/a SPECK PRODUCTS (hereinafter "Plaintiff"), hereby requests that the Clerk of the above-entitled Court remove attorney Marcus F. Chaney from the docket of this case; at least one member of the firm or agency named above, and at least one member of the Bar of this

1
**REQUEST TO WITHDRAW COUNSEL**

1  Court, will continue to serve as counsel of record for Plaintiff.

2

3  DATED: July 31, 2014                              JOHNSON & PHAM, LLP

4
                                                     By: _____
5                                                         Christopher D. Johnson, Esq.
                                                          Christopher Q. Pham, Esq.
6                                                         Hung Q. Pham, Esq.
                                                          Attorney for Plaintiff
7                                                         SPECULATIVE PRODUCT DESIGN, LLC

**IT IS SO ORDERED**
*Claudia Wilken*
Judge Claudia Wilken
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA