Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SPECULATIVE PRODUCT DESIGN, LLC d/b/a SPECK PRODUCTS,
        Plaintiff(s),

v.

F&S VENTURES INC., d/b/a STREET TALK, et al.
        Defendant(s).

Case No: 14-cv-2214-CW

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE
(CIVIL LOCAL RULE 11-3)

I, Brett Andrew Nadler, an active member in good standing of the bar of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: F&S Ventures Inc. d/b/a Street Talk in the above-entitled action. My local co-counsel in this case is Kevin Isaacson, Tingley Law Group, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| Ballon Stoll Bader & Nadler, P.C.<br>729 Seventh Ave., 17th Fl, New York, NY 10029 | Tingley Law Group, P.C.<br>10 Almaden Blvd., Ste. 430, San Jose, CA 95113 |
| MY TELEPHONE # OF RECORD:<br>(212) 575-7900 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(408) 283-7000 |
| MY EMAIL ADDRESS OF RECORD:<br>bnadler@ballonstoll.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>kisaacson@tingleylawgroup.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 4819512.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 09/19/14
                                                      Brett Andrew Nadler
                                                      APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Brett Andrew Nadler is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 9/23/2014

UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER