## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND COURTHOUSE

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC, a California Limited Liability Company d/b/a SPECK PRODUCTS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>F & S VENTURES, INC., a New Jersey Corporation d/b/a STREET TALK; IPOD PLACE, a Business Entity of Unknown Status; and DOES 1-10, Inclusive,<br><br>　　　　　Defendants. | Case No.:　4:14-cv-02214-CW<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF SPECULATIVE PRODUCT DESIGN, LLC D/B/A SPECK PRODUCTS LEAVE TO FILE A FIRST AMENDED COMPLAINT**<br><br>[Fed.R.Civ.P. 15(a)(2)]<br><br>Hon. Claudia Wilken |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

The Court, having reviewed the stipulation entered into by and among Plaintiff Speculative Product Design, LLC d/b/a Speck Products ("Speck"), Defendant F&S Ventures, Inc. d/b/a Street Talk ("F&S"), and Defendant Mohammed Rashed d/b/a IPOD Place ("IPOD Place") (collectively the "Parties"), and HAVING FOUND GOOD CAUSE THEREIN, the

1  Court hereby GRANTS the stipulated request.

2  IT IS HEREBY ORDERED that Speck's First Amended Complaint is deemed filed and
3  entered into the docket.

4  IT IS HEREBY FURTHER ORDERED that F&S shall have thirty (30) days from the
5  date this Order is entered within which to answer, move or otherwise respond to the First
6  Amended Complaint.

7  IT IS HEREBY FURTHER ORDERED that IPOD Place shall have thirty (30) days
8  from the date this Order is entered within which to answer, move or otherwise respond to the
9  First Amended Complaint.

10  IT IS HEREBY FURTHER ORDERED that Speck shall request the issuance of a
11  Summons upon entry of this Order, and shall promptly serve the Summons and First Amended
12  Complaint on HK Midwest, LLC, SIMF Midwest, LLC, and Cellphonia International, Inc.

13  PURSUANT TO STIPULATION, IT IS SO ORDERED this 3rd day of February, 2015.

_____
HON. CLAUDIA WILKEN
United States Chief District Judge
Northern District of California
Oakland Courthouse

- 2 -
[~~PROPOSED~~] ORDER – Case No.: 4:14-cv-02214-CW