IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>F&S VENTURES, INC.; MOHAMMED RASHED; HK MIDWEST, LLC; SIMF MIDWEST, LLC; and CELLPHONIA INTERNATIONAL, INC.,<br><br>    Defendants.<br>_____/ | No. C 14-2214 CW<br><br>ORDER GRANTING REQUEST TO STAY |

    On May 8, 2015, Plaintiff Speculative Product Design, LLC and Defendant F&S Ventures, Inc. filed a notice indicating that they have reached a settlement in principle and a request that the Court stay the case pending the finalization of the settlement. The parties also request that the Court schedule a status conference for thirty days after the filing of the notice, to discuss the status of the settlement if the parties have not filed a stipulation of dismissal at that time.  The Court GRANTS the request to stay and sets a status conference for Wednesday, June 17, 2015 at 2:00 PM.  However, the Court advises the parties that it will not continue the pretrial conference or trial dates currently set for September 23, 2015 and September 28, 2015 respectively.

It appears that Defendants HK Midwest, LLC; SIMF Midwest, LLC; and Cellphonia International, Inc. have not yet been served. The deadline for service has expired. The case will be dismissed as to these Defendants unless a request for late service is made within seven days of the date of this order and granted by the Court.

IT IS SO ORDERED.

Dated: 05/12/2015

CLAUDIA WILKEN
United States District Judge