IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPECULATIVE PRODUCT DESIGN, LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>F&S VENTURES, INC.; MOHAMMED RASHED; HK MIDWEST, LLC; SIMF MIDWEST, LLC; and CELLPHONIA INTERNATIONAL, INC.,<br><br>　　　　Defendants.<br>_____/ | No. C 14-2214 CW<br><br>ORDER DISMISSING CASE AS TO UNSERVED DEFENDANTS |

　　On June 9, 2015, Plaintiff Speculative Product Design, LLC and Defendant F&S Ventures, Inc. filed a stipulated dismissal as to F&S Ventures.

　　The remaining Defendants, HK Midwest, LLC; SIMF Midwest, LLC; and Cellphonia International, Inc. have not yet been served and the deadline for service has expired.  On May 12, 2015, the Court advised Plaintiff that the case would be dismissed as to these Defendants unless a request for late service was made within seven days.  To date, no such request has been filed.  Accordingly, Plaintiff's claims against Defendants HK Midwest, LLC; SIMF Midwest, LLC; and Cellphonia International, Inc. are dismissed without prejudice.  See Fed. R. Civ. P. 4(m).

　　The Clerk of the Court is directed to close the case.

　　IT IS SO ORDERED.

Dated: 06/09/2015

CLAUDIA WILKEN
United States District Judge